**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Roberto MINOR, also known as Robert Minor, Defendant–Appellant**

**No. 15–51062**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/01/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Roberto Minor, Pro Se.

Before GRAVES, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

Roberto Minor, federal prisoner # 57361–280, moves for leave to proceed in forma pauperis (IFP) on appeal. He seeks to challenge the denial of his 18 U.S.C. § 3582(c)(2) motion in which he sought a

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sentence reduction pursuant to Amendment 782 to U.S.S.G. § 2D1.1.

Minor was held responsible for more than the quantity of methamphetamine that triggers the highest base offense level under both the version of § 2D1.1(c) in effect when he was sentenced and the retroactive, amended version. Accordingly, Amendments 782 and 788 did not change his offense level or lower his guidelines range, and the district court did not abuse its discretion in denying him a sentence reduction under § 3582(c)(2). *See* U.S.S.G. § 1B1.10(a)(2)(B); *United States v. Evans*, 587 F.3d 667, 672 (5th Cir.2009).

Because the appeal lacks arguable merit and is therefore frivolous, Minor's motion for leave to proceed IFP on appeal is DENIED, and his appeal is DISMISSED as frivolous. *See Baugh v. Taylor*, 117 F.3d 197, 202 n. 24 (5th Cir.1997); *Howard v. King*, 707 F.2d 215, 220 (5th Cir.1983); 5TH CIR. R. 42.2.